UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NICKENSON LOUIS-MARTIN a.k.a. LOUIS-MARTIN NICKENSON,

JUDGMENT
05-CV- 2939 (ARR)

Petitioner,

-against-

TOM RIDGE, U.S. Department of Homeland Security Director, et al.,

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

JUL 06 '05

Respondents.
-----------------------------------------------------------------X

P.M. _____
TIME A.M. _____

An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on July 1, 2005, denying the petition seeking Mandamus Relief; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondents; and that judgment is hereby entered denying the petition seeking Mandamus Relief.

Dated: Brooklyn, New York
       July 05, 2005

ROBERT C. HEINEMANN
Clerk of Court